

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00346-CV

## IN RE SOUTHWEST RESEARCH INSTITUTE

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 21, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On May 9, 2014, relator Southwest Research Institute filed an emergency petition for writ of mandamus and an emergency motion for temporary stay pending a ruling on the mandamus petition. Relator complains of the trial court's denial of its plea to the jurisdiction. The court has considered the petition for writ of mandamus and the response filed on behalf of the real parties in interest and is of the opinion that relator is not entitled to the relief sought.

Mandamus properly issues only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no other adequate legal remedy. *See Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). Except in circumstances that do not apply here, a trial court's ruling on a plea to the jurisdiction is generally not reviewable by mandamus because it involves a question

---

[1] This proceeding arises out of Cause No. 2009-CI-07748, styled *Pressure Systems International, Inc. and Equalaire Systems, Inc. v. Southwest Research Institute*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

of law that is reviewable by ordinary appeal. *See In re State Bar of Tex.*, 113 S.W.3d 730, 734 (Tex. 2003); *see also Bell Helicopter Textron, Inc. v. Walker*, 787 S.W.2d 954, 955 (Tex. 1990). Accordingly, the petition for writ of mandamus and the emergency motion for temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM